IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 1:21-cr-00109 |
| TAM DINH PHAM | § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE TIMOTHY J. KELLY, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC DIVISION:

COMES NOW, NICOLE DEBORDE, and enters her appearance as counsel for Defendant, TAM DINH PHAM, in the above-captioned matter.

Respectfully submitted,

*/s/ Nicole DeBorde*
NICOLE DEBORDE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone:  (713) 526-6300
Facsimile:  (713) 808-9444
Email:  Nicole@DeBordeLawFirm.com

Attorney for Defendant,
TAM DINH PHAM

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                       */s/ Nicole DeBorde*
                                       NICOLE DEBORDE