# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 21-CR-109(TJK) |
| v. | ) | |
| **TAM PHAM** | ) | |

## GOVERNMENT'S CONSENT MOTION TO CONTINUE STATUS HEARING

The United States Of America, through undersigned counsel, respectfully moves the Court to continue the status hearing currently scheduled for Monday, April 26, 2021 to Tuesday, June 8, 2021, Wednesday, June 9, 2021, or Thursday, June 10, 2021 and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, undersigned states:

1. Mr. Pham is before the Court charged in a criminal information with four misdemeanor offenses: Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(2); Violent Entry and Disorderly Conduct in a Capitol Building , in violation of Title 40, United States Code, Section 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

2. The Defendant remains on release with conditions.

3. The government is continuing to provide discovery and the parties are continuing negotiations in an attempt to resolve this case short of trial.

4. The parties believe that the requested continuance will allow for production and review of significant discovery and facilitate resolution of this case short of trial. Therefore, the parties believe exclusion of this time would be appropriate under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and of Mr. Pham in a Speedy Trial.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    ACTING UNITED STATES ATTORNEY


By: /s/_____
    NICHOLAS MIRANDA
    D.C. Bar 995769
    U.S. Attorney's Office
    555 4th Street NW, Rm 4-842
    Washington, D.C. 20530
    Nicholas.Miranda@usdoj.gov
    Tel: (202) 252-7011