UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> TAM PHAM ) | Case No. 21-CR-109 (TJK) |

**ORDER**

Upon consideration of the Government's Consent Motion to Continue the Status Hearing Scheduled for April 26, 2021, it is this __ day of _____ 2021 hereby

**ORDERED**, that the Motion to Continue the Status Hearing is **GRANTED** and the Status Hearing will be continued until _____, 2021 at _____; and it is

**FURTHER ORDERED** that pursuant to the Motion to Continue, _____ (  ) days from April 26, 2021 to _____, 2021 will be excluded from the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and of Mr. Pham in a Speedy Trial.

**SO ORDERED**

_____
DATE

**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**