UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § | **1:21-CR-109-TJK-1** |
| *versus* | | |
| **TAM DINH PHAM** | | **JUDGE TIMOTHY J. KELLY** |

NOTICE OF APPEARANCE

*TO THE HONORABLE TIMOTHY J. KELLY*:

David Adler files his notice of appearance as co-counsel (along with attorney Nicole DeBorde Hochglaube) for defendant Tam Pham.

.

Respectfully submitted,

/s/ David Adler
_____

David Adler
State Bar of Texas 00923150
D.C. Bar TX0190
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Tam Pham

CERTIFICATE OF SERVICE

This pleading was delivered to the AUSA via CM/ECF on April 25, 2021.

/s/ David Adler
_____
David Adler