UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **1:21-CR-109-TJK-1** |
| *versus* | § | |
| | § | **JUDGE TIMOTHY J. KELLY** |
| **TAM DINH PHAM** | § | |

### DEFENDANT'S UNOPPOSED MOTION
### TO CONTINUE AUGUST 16 STATUS CONFERENCE

*TO THE HONORABLE TIMOTHY J. KELLY*:

Defendant Tam Pham files this unopposed motion to continue the August 16 status conference in this case, and shows the following in support of this request:

1. Mr. Pham is charged in a criminal information with four misdemeanor offenses: 1) Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(1); 2) Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, Section 1752(a)(2); 3) Violent Entry and Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(D); and 4) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G).

2. Mr. Pham is in compliance with the conditions of his pretrial release.

3. A status conference is scheduled for August 16, 2021, at 10:00 am.

4. The prosecution continues to provide discovery. The parties are also continuing negotiations aimed at resolving this case without a trial.

5. The parties believe the requested continuance will allow for further production and review of discovery, and might facilitate resolution of this case short without a trial. The parties further believe exclusion of this time would be appropriate under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and

of Mr. Pham in a Speedy Trial.

6. Mr. Pham requests the Court continue the August 16 status conference.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
D.C. Bar TX0190
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Tam Pham

## CERTIFICATE OF SERVICE

This pleading was delivered to the AUSA via CM/ECF on August 3, 2021.

/s/ David Adler

_____
David Adler

## CERTIFICATE OF CONFERENCE

The AUSA is unopposed to this motion.

/s/ David Adler

_____
David Adler