UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-109 (TJK) |
| | : | |
| TAM PHAM, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated August 23, 2021, be made part of the record in this case.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

By:    */s/ Alison B. Prout*
        ALISON B. PROUT
        Assistant United States Attorney
        Georgia Bar No. 141666
        75 Ted Turner Drive, SW
        Atlanta, Georgia 30303
        (404) 581-6100
        alison.prout@usdoj.gov

CERTIFICATE OF SERVICE

On August 24, 2021, a copy of the foregoing notice and attached discovery letter were served on counsel for defendant through the Court's Electronic Filing System and by email with the listed attachments provided to counsel through the means described in the discovery letter.

        */s/ Alison B. Prout*
        Alison B. Prout
        Assistant United States Attorney