**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **Case No: 1:21-cr-109** |
| | : | |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| v. | : | |
| | : | |
| **TAM PHAM,** | : | |
| | : | |
| **Defendant.** | : | |

<u>**STATEMENT OF OFFENSE**</u>

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Tam Pham, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

***The Attack at the U.S. Capitol on January 6, 2021***

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint

1

session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.     At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6.     At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S.
Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States
House of Representatives and United States Senate, including the President of the Senate, Vice
President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all
proceedings of the United States Congress, including the joint session, were effectively
suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances
caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who
had entered the U.S. Capitol without any security screening or weapons check, Congressional
proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol,
and the building had been confirmed secured.  The proceedings resumed at approximately 8:00
p.m. after the building had been secured.  Vice President Pence remained in the United States
Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*Defendant Tam Pham's Participation in the January 6, 2021, Capitol Riot*

8.      On the morning of January 6, 2021, the defendant attended a speech given by
former President Trump near the White House.  After that, he followed people walking toward
the U.S. Capitol.

9.      The defendant walked over fences on the Capitol grounds that had been
previously knocked over, and saw police officers as he approached the U.S. Capitol Building
with a large crowd of people.  He continued to walk past a broken or torn down fence, and he
passed other barricades on his way to the U.S. Capitol Building.

10.     The defendant entered the U.S. Capitol Building between approximately 2:30 PM
and 2:45 PM.  Once inside, he walked into the Rotunda and took photos and videos of himself

and of the building.  He remained inside the U.S. Capitol Building for approximately 10 to 15 minutes.  While inside, some people were yelling and some were waving flags.  The defendant posed for a picture in front of a bronze statue of President Gerald Ford in whose arms a flag had been placed that read, "Trump – 2020 – No More Bullshit."

11.     The defendant was a police officer for the Houston Police Department at the time he entered the U.S. Capitol Building on January 6, 2021.  He was not on duty at the time.

12.     The defendant knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and the defendant paraded, demonstrated, or picketed.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


By:     /s/ Alison B. Prout
        Alison B. Prout
        Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I, Tam Pham, have read this Statement of the Offense and have discussed it with my attorney.  I fully understand this Statement of the Offense.  I agree and acknowledge by my signature that this Statement of the Offense is true and accurate.  I do this voluntarily and of my own free will.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

9/14/2021

Date:_____

ID JzPxCJhLnRGntoF8kHNEpkUj

Tam Pham
Defendant


ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully.  I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

9/14/2021

Date: _____

ID f6xEhwworm94N5Zh8GG6cM8a

Nicole DeBorde Hochglaube
Attorney for Defendant

# eSignature Details

---

**Signer ID:**      **JzPxCJhLnRGntoF8kHNEpkUj**
Signed by:          Tam Pham
Sent to email:      TamDinhPham@yahoo.com
IP Address:         166.137.115.46
Signed at:          Sep 14 2021, 8:18 am CDT


**Signer ID:**      **f6xEhwworm94N5Zh8GG6cM8a**
Signed by:          Nicole DeBorde Hochglaube
Sent to email:      Nicole@HoustonCriminalDefense.com
IP Address:         75.50.49.178
Signed at:          Sep 14 2021, 8:23 am CDT