UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 21-CR-109 (TJK) |
| **TAM DINH PHAM** | ) | |
| | ) | |

**MOTION TO WITHDRAW**

Undersigned counsel, Ubong E. Akpan, respectfully moves the Court for an order allowing undersigned to withdraw from further representation of Tam Dinh Pham. Attorney Nicole DeBorde Hochglaube has been retained to represent Mr. Pham.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the Motion allowing undersigned counsel to withdraw from further representation of Mr. Pham.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

1