IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 1:21-CR-109 |
| TAM DINH PHAM | § § | |

## MOTION TO CONTINUE SENTENCING

TO THE HONORABLE TIMOTHY J. KELLY, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC DIVISION:

COMES NOW, Tam Dinh Pham, Defendant, by and through his undersigned counsel, and respectfully moves this Honorable Court for a continuance of the sentencing in this cause and requests that a new sentencing date be issued.

I.

Sentencing is currently scheduled for December 9, 2021 at 10:00 a.m.

II.

Counsel requests a continuance of one (1) day of sentencing for the following reason:

1. Counsel has *en banc* oral argument before the Fifth Circuit Court of Appeals in New Orleans at 4:00 p.m. on December 8, 2021. It will be very difficult to ensure that counsel for Mr. Pham can get from New Orleans to Washington DC on time for Mr. Pham's in person

sentencing. Moving sentencing back one day will help ensure that counsel for Mr. Pham can be at the sentencing by providing the necessary time for travel.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this motion be granted, that the Court continue the Sentencing date from December 9, 2021 to December 10, 2021 or a later time convenient to the Court.

Respectfully submitted,

*/s/ Nicole DeBorde*
NICOLE DEBORDE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone: (713) 526-6300
Facsimile: (713) 808-9444
Email: Nicole@HoustonCriminalDefense.com

Attorney for Defendant,
TAM DINH PHAM

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 1:21-CR-109 |
| | § | |
| TAM DINH PHAM | § | |

## CERTIFICATE OF CONFERENCE

On November 9, 2021 Counsel for Defendant conferred with AUSA Alison Prout and she is unopposed to this continuance.

*/s/ Nicole DeBorde*
NICOLE DEBORDE

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to AUSA Alison Prout.

*/s/ Nicole DeBorde*
NICOLE DEBORDE

3