UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00109 (TJK) |
| v. : | |
| : | |
| TAM DINH PHAM, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on December 3, 2021 via USAfx, in relation to the Government Sentencing Memorandum. (Doc. 36).  These exhibits will be offered into evidence during the sentencing hearing scheduled for December 10, 2021.  Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a clip from a video obtained from the Defendant's cell phone that is approximately 46 seconds. The events depicted in the exhibit occurred on the grounds of the U.S. Capitol on January 6, 2021.

2. Government Exhibit 2 is a clip from a video obtained from the Defendant's cell phone that is approximately 52 seconds. The events depicted in the exhibit occurred on the grounds of the U.S. Capitol on January 6, 2021.

3. Government Exhibit 3 is a clip from a video obtained from the Defendant's cell phone that is approximately 37 seconds. The events depicted in the exhibit occurred inside the U.S. Capitol on January 6, 2021.

4. Government Exhibit 4 is a clip from a video obtained from the Defendant's cell phone that is approximately 21 seconds. The events depicted in the exhibit occurred in Houston, Texas on June 2, 2020.

If the Court accepts these proposed exhibits into evidence on December 10, 2021, the United States takes the position that the entered exhibits may be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Alison B. Prout*
ALISON B. PROUT
Assistant United States Attorney
Georgia Bar No. 141666
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6000
alison.prout@usdoj.gov