UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-109 (TJK) |
| | : | |
| **TAM DIHN PHAM,** | : | |
| | : | |
| **Defendant.** | : | |

### UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL GOVERNMENT'S RESPONSE TO DEFENSE'S FIRST AMENDED MOTION TO SEAL

The United States of America hereby moves this Court for an order granting the Government permission to file under seal its response to the Defense's First Amended Motion to Seal filed on December 14, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Alison B. Prout*
Alison B. Prout
Assistant United States Attorney
Georgia Bar No. 141666
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6000
alison.prout@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by providing it to counsel for the Defendant by email at:

nicole@houstoncriminaldefense.com
davidadler1@hotmail.com

December 20, 2021

/s/ ALISON B. PROUT
ALISON B. PROUT
*Assistant United States Attorney*