IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 1:21-CR-109 |
| | § | |
| TAM DINH PHAM | § | |

## MOTION TO RETURN PASSPORT

TO THE HONORABLE TIMOTHY J. KELLY, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC DIVISION:

COMES NOW, TAM DINH PHAM, and through his counsel respectfully moves this Honorable Court to order the release of Mr. Pham's passport.

Mr. Pham turned in his passport to the probation department upon his arrest for this offense.  Mr. Pham has plead guilty, been sentenced, served his sentence, and now respectfully requests that his passport be released back to him.

Respectfully submitted,

*/s/ Nicole DeBorde*
NICOLE DEBORDE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone:  (713) 526-6300
Facsimile:  (713) 808-9444
Email:  Nicole@debordelawfirm.com

Attorney for Defendant,
TAM DINH PHAM

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 1:21-CR-109 |
| | § | |
| TAM DINH PHAM | § | |

## CERTIFICATE OF CONFERENCE

I hereby certify that May 6, 2022, I discussed this matter with AUSA Alison Prout and she is unopposed to the return of Mr. Pham's passport.

*/s/ Nicole DeBorde*
NICOLE DEBORDE

## CERTIFICATE OF SERVICE

I hereby certify that May 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all registered parties.

*/s/ Nicole DeBorde*
NICOLE DEBORDE