IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 1:21-CR-109 |
| | § | |
| TAM DINH PHAM | § | |

## **ORDER**

HAVING CONSIDERED the Defendant's Motion to Report Passport, it is hereby ORDERED that the Defendant's Motion is GRANTED.  The United States Probation Office is ORDERED to return Mr. Pham's passport as soon as practicable.


Signed on this the _____ day of _____, 2022.


_____
United States District Judge

The Honorable Timothy J. Kelly