# **EXHIBIT 1**

# CITY OF HOUSTON
INTER OFFICE CORRESPONDENCE

TO: Art Acevedo
Chief of Police

FROM: T. D. Pham, Sr. Police Officer
Westside Division

DATE: January 14, 2021

SUBJECT: Resignation

I respectfully tender my resignation from the Houston Police Department effective the close of business on January 14, 2021.

*[signature]*
T. D. Pham, Sr. Police Officer
Employee # [REDACTED]

*[signature]* 01/14/2021
Approved
Art Acevedo
Chief of Police

NO REHIRE!

2021 JAN 15 PM 12: 11

ESO# 21-31308