# **EXHIBIT 3**

Katy, Texas Jan 16 2021

To Whom It May Concern

My name is Anh Truong. I am currently employed by Hanmi Bank as a Financial Service Representative. I am writing to personally express my knowledge about Tam Pham. I've known Tam Pham for 10 years. On 2011, I rent a room in his house and we became good friend since then. In my opinion, Tam Pham is a kind, good, and honest person who is always willing to help others. He donates money to charity to help people with difficulties. During Harvey hurricane, as a police officer, he worked day to night to protect people and make sure everyone is safe. As a friend, a big brother, he always advises me to do good things in a harmony and peaceful way. He is a family oriented, hard working man. As a father of three daughters, he always educates his children with discipline to make sure that his daughters will grow up as good US citizens.

Tam Pham is also a Buddhist. He values peace and harmony in his everyday life activities. He practices Buddhism everyday.

I was shocked and feel very sorry for him when I know he allegedly got involved in the incident at the Capitol on January 6th 2021.

As a friend of Tam Pham and his family, I show my sympathy to him, and will support his family during this difficult period.

I guarantee that I say the truth about what I know about Tam Pham. Please contact me if you have any question.

*[signature]*

Anh Truong

22754 Cascade Springs Drive, Katy, Texas 77494
512-317-8788
Anh.truong131@gmail.com

Texas Jan 18 2021

To Whom It May Concern

My name is Nhung Le. I am currently working at Nails of America - Baytown as nail technician. I am writing to tell what I know about Tam Pham as a friend, a big brother of mine. I've known Tam Pham for 9 years. When I came to the US as an international student, I shared a room in his house for free and we became good friends since then. I think Tam Pham is a kind, good, and honest person. I remember when I first came to the US, he helped me with many things. He always advices me to respect the law, and do things in life with peace and harmony. He is willing to help other people during their difficult period. He works hard and always takes care for his wife and children.

Tam Pham is also a Buddhist. He values peace and harmony in his everyday life activities. He practices Buddhism everyday.

I was shocked and feel very sorry for him when I know he allegedly got involved in the incident at the Capitol on January 6th 2021.

I guarantee that I say the truth about what I know about Tam Pham. Please contact me if you have any question.

Address: 12403 Teton Peak Way Houston TX 77089
Phone: 8322833419
Email: lenhung06@gmail.com

Sincerely
NHUNG LE

Yen Trieu

14014 Concord Meadow Lane

Houston, Texas 77047

Date: January 16, 2021

Re: Tam Pham

To: The Honorable Judge

I have known Tam Pham as a friend and neighbor for over twenty years. In this time, I can say that Tam Pham has proven to be a caring, helpful, dependable, polite, and respectful person. He is also a very loving and supportive father and husband to his wife and children. I could still remember how Tam always took great care of both of his elderly parents when they were both alive. After his father passed away, Tam still took excellent care of his mother until she moved back to Vietnam to live the rest of her life with her other family members. Before his mother passed away, Tam went back to Vietnam to visit his mom several times to make sure that she was happy and enjoying her golden years. He would send money to continue to support her until she passed away. I can honestly say that I never witness anybody I know taking care of their parents like Tam.

I can tell you without a doubt that Tam Pham is incredibly remorseful/regret for what he has done. He has expressed this many times. I understand the seriousness of this matter, however, it is my sincere hope that the court takes this letter into consideration and will show some leniency.

Sincerely,

*Yen Kim Trieu*

Yen Kim Trieu

January 17, 2021

Diana Le
14002 Concord Meadow Lane
Houston, TX 77047

To Whom It May Concern,

I have known Tam Dinh Pham since 2003 and is my husband's uncle. Majority of my husband's family was born in Vietnam; thus, I was born in the US and am very westernized. Throughout the years; our different religious views, including lifestyles and dynamics and growth of our own personal family, we maintained very close and tight knit. Tam welcomed me, and ensured I am included and understood their traditions. I never felt alienized or unaccepted into the family.

Tam is a dedicated husband as well as a father of 3 beautiful daughters and the sole provider. We have immense respect for his values and knowledge he has taught us. Tam is reliable, trustworthy and decent person with many attributes. He is a highly intellectual, college educated with good moral character.

Tam had served with the Houston Police Department for 18 years. Throughout his career, he was very dedicated and passionate about his job and had no infractions. He performed his duties and upheld his position with integrity. Unfortunately, Tam had the misfortune of being present of the incident in question on January 6, 2021. Due to this incident, Tam had to cut his career short and resigned, in hindsight, he only had 2 years remaining until his retirement. While serving the public, he had endured and persevered, facing forward and always had a positive outlook regardless of what he may have encountered that day, week or month. Tam is a very responsible individual, and what may seem like an intention to disregard to the law, or be above the law, Tam is not the person being portrayed. The potential charges Tam is facing is an injustice as he is not a criminal nor is this behavior his normal. This is a one-of-a-kind isolated incident and hopefully is treated as such.

I understand this is Tam's 1st time facing charges, hopefully, his credibility and career is taken into consideration and Tam's future is reached in a fair decision.


Sincerest Regards,

*[signature]*
Diana Le

To Whom It May Concern,

I, Thieu Nguyen, am writing to provide a character reference about Mr. Tam Dinh Pham. We were neighbors and longtime friends for approximately 20 years whom I have considered as well-respected among our peers. Tam Pham is an outstanding and righteous individual who has served our city as a Houston Police officer 18 years without any infractions. Upon my interactions with Tam, he is someone who possess a great deal of integrity and is always willing to assist others in need.

I was astonished and flabbergasted upon his potential involvement on January 6, 2021 and believe justice will prevail as the characteristics described on the date above does not represent the person I have known.

In short, Tam Pham, is a very kind person whom people rally and support. I hope my letter is taken into consideration in your decision.

Sincerely,

Thieu Nguyen
9409 Ruth Rd.
Rosharon, TX 77583

Pierceson Le
14002 Concord Meadow Ln
Houston, TX 77047
(832) 279 6043
pierceson@gmail.com

January 17, 2021

To Whom It May Concern:

I've known Mr. Tam Pham for all of my life, and it's with immense pleasure that I am writing this letter as a reference for his character.

Mr. Tam Pham is a great husband, a loving father, and was a dedicated public servant. As a man who loves his family tremendously, Mr. Tam Pham does not do anything that will jeopardize the safety of his family. He is raising and teaching his children with integrity, honesty, caring, and responsibility. Both he and his spouse always show respect for one another and toward other people in and outside of their community. He always makes sure that his residency is cleaned, presentable, and does not put a bad image on the community he resides in at all times, and always respects his neighbors.

Even though Mr. Pham served public as a police officer for almost two decades, he never once complained about his job or the work that he did. On the contrary, he was very proud of his roles and duties, along with dedication and commitment. He is willing to go above and beyond expectations. He cares greatly not only for the people he knows but strangers alike.

Mr. Tam Pham is a man with excellent character. He has a big heart for helping others. He is a responsible, trustworthy, reliable, and well-respected individual.

Thank you,

Pierceson Le.